IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, an employee benefit plan, and RONALD KAEMPFE, EUGENE KEELEY, PETE KORTE, RONALD JOHNSON, MICHAEL PARKINSON, and ROBERT K. GERMANN, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Pension Fund, and EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 HEALTH AND WELFARE FUND, and RONALD KAEMPFE, EUGENE KEELEY, RONALD JOHNSON, PETE KORTE, MICHAEL PARKINSON, and ROBERT K. GERMANN, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Health and Welfare Fund, and OPERATING ENGINEERS LOCAL 520 JOINT APPRENTICESHIP AND TRAINING FUND, and EUGENE KEELEY, MICHAEL LUHR, MICHAEL PARKINSON, RONALD JOHNSON, MARK JOHNSON, and GARY THIEMS, in their representative capacities as Trustees of the Operating Engineers Local 520 Joint Apprenticeship and Training Fund, and EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 VACATION FUND, and CHARLES MAHONEY, TIM KEELEY, RONALD JOHNSON, DAVID BAXMEYER, TERRY MACZURA and MARK JOHNSON, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Vacation Fund, and OPERATING ENGINEERS LOCAL 520 ANNUITY TRUST FUND, and RONALD JOHNSON, HENRY ROHWEDDER, MICHAEL PARKINSON, KENNETH J. KILIAN, KEN TOENNIES, and RONALD KAEMPFE, in their representative capacities as Trustees of the Operating Engineers Local 520 Annuity Trust Fund,<br><br>     Plaintiffs,<br><br>     v.<br><br>CONCRETE CORING COMPANY OF ST. LOUIS, INC., a Missouri corporation. | Case No. 12-cv-754-JPG-DGW |

## **CONSENT JUDGMENT**

     This matter having come before the Court, and the parties having stipulated to entry of judgment as follows,

     IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered in favor of plaintiffs Employers and Operating Engineers Local 520 Pension Fund, et al., and against defendant Concrete Coring Company of St. Louis, Inc. in the amount of $59,696.65, which represents fringe benefit contributions, liquidated damages, audit fees, attorneys' fees and court costs owed through July 2012;

     IT IS FURTHER ORDERED AND ADJUDGED that execution on the judgment amount shall be stayed so long as defendant complies with the following conditions:

Defendant shall make payments to plaintiffs pursuant to the following schedule:

1.  $1,989.89 due on or before April 30, 2013;
2.  $1,989.89 due on or before May 30, 2013;
3.  $1,989.89 due on or before June 30, 2013;
4.  $1,989.89 due on or before July 30, 2013;
5.  $1,989.89 due on or before August 30, 2013;
6.  $1,989.89 due on or before September 30, 2013;
7.  $1,989.89 due on or before October 30, 2013;
8.  $1,989.89 due on or before November 30, 2013;
9.  $1,989.89 due on or before December 30, 2013;
10. $1,989.89 due on or before January 30, 2014;
11. $1,989.89 due on or before February 28, 2014;
12. $1,989.89 due on or before March 30, 2014;
13. $1,989.89 due on or before April 30, 2014;
14. $1,989.89 due on or before May 30, 2014;
15. $1,989.89 due on or before June 30, 2014;
16. $1,989.89 due on or before July 30, 2014;
17. $1,989.89 due on or before August 30, 2014;
18. $1,989.89 due on or before September 30, 2014;
19. $1,989.89 due on or before October 30, 2014;
20. $1,989.89 due on or before November 30, 2014;
21. $1,989.89 due on or before December 30, 2014;
22. $1,989.89 due on or before January 30, 2015;
23. $1,989.89 due on or before February 28, 2015;
24. $1,989.89 due on or before March 30, 2015;
25. $1,989.89 due on or before April 30, 2015;
26. $1,989.89 due on or before May 30, 2015;
27. $1,989.89 due on or before June 30, 2015;
28. $1,989.89 due on or before July 30, 2015;
29. $1,989.89 due on or before August 30, 2015;
30. $1,989.89 due on or before September 30, 2015.

Defendant shall submit its reports and contributions to the Operating Engineers Local 520 Funds on or before the date due as set forth in the collective bargaining agreement to which defendant is party, or to which defendant becomes party during the period set forth above (on or before September 30, 2015).

If defendant fails to make a payment when due as set forth above, or fails to submit its reports and contributions as set forth above, the entire judgment, less any payments made, shall become immediately due.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated:  April 23, 2013**              s/ Jina Hoyt, Deputy Clerk


**Approved:**   s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**